UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-123-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER JOSEPH BOVA | ) | |

For good cause shown, the motion to seal is ALLOWED. It is hereby ORDERED that Government's Motion for an Upward Departure and/or Variance and Government exhibits A through L attached to the Governments motion for an upward departure and variance, shall be sealed.

This the 19th day of October, 2015.

Malcom J. Howard
United States District Judge