UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-123-1H

UNITED STATES OF AMERICA

v.

ORDER

CHRISTOPHER JOSEPH BOVA

On motion of the Defendant, Christopher J. Bova, and for good cause shown, it is hereby

ORDERED that the **[DE #38]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 3rd day of December 2015.

MALCOLM J. HOWARD
Senior United States District Judge