UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-123-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER JOSEPH BOVA | ) | |

This matter is before the Court on the Joint Motion to Include Restitution in Judgment filed December 8, 2015.

For good cause shown, the court hereby grants the motion to include restitution in the amount of $1,000 in the judgment in this matter.

So ordered this 15th day of March 2016.

MALCOLM J. HOWARD
Senior United States District Judge

1